Report Date: August 17, 2015

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Howard Earl Ike | Case Number: 0980 2:09CR02108-001 |
| Address of Offender: | , White Swan, Washington 98952 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) and 2244(c) | |
| Original Sentence: | Prison 60 months<br>TSR - 10 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 22, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Mr. Ike failed to submit to random urinalysis testing on July 22, 2015.

2     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

     **Supporting Evidence**: Mr. Ike failed to report to the probation office as directed by his probation officer on July 24, 2015.

     On July 22, 2015, Mr. Ike was instructed to report to the probation office on July 24, 2015. However, Mr. Ike failed to report as instructed.

3      **Special Condition # 13**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: Mr. Ike failed to attend his drug and alcohol group session at Merit Resource Services on July 24, 2015.

4      **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Mr. Ike tested presumptive positive for marijuana on August 12, 2015.

The specimen was sent to Alere Toxicology Services for confirmation. Mr. Ike was confronted regarding his marijuana use to which he admitted to smoking marijuana on or before July 29, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/17/15
Date