PROB 12C
(7/93)

Report Date: September 15, 2015

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Earl Ike          Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:                       White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense:      Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a) and 2244(c)

Original Sentence:     Prison 60 months; TSR - 120 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Thomas J. Hanlon                             Date Supervision Commenced: May 22, 2014

Defense Attorney:      Alex B. Hernandez, III                       Date Supervision Expires: May 21, 2024

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 17, 2015.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

5    **Special Condition # 13**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: Mr. Ike failed to attend his group and one-on-one counseling session at Merit Resource Services (MERIT) on September 10, 2015.

     On September 10, 2015, this officer met with Mr. Ike at the United States Probation Office. Mr. Ike acknowledged he had drug and alcohol treatment scheduled for this evening. However, on September 11, 2015, this officer received a call from his counselor from MERIT indicating that Mr. Ike failed to attend his group session and his one-on-one counseling session on September 10, 2015.

6    **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ike tested presumptive positive for marijuana on September 10, 2015.

Mr. Ike reported to the probation office and was directed to submit a urine sample. He initially reported having consumed marijuana on or about August 22, 2015. After being confronted about his continued marijuana use, he admitted his last use was as recent as September 5, 2015. The specimen collected from Mr. Ike returned presumptive positive for the presence of marijuana using the MP Rapid Test device. The specimen was sent to Alere Toxicology Services for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition and in the petition previously reported to the Court on August 17, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/15/15
Date