PROB 12C
(7/93)

Report Date: May 11, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 2 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Howard Ike | Case Number: 0980 2:09CR02108-LRS-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) and 2244(c) | |
| Original Sentence: | Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 22, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 21, 26, and May 10, 2016, Mr. Ike provided urinalysis samples at Merit Resources Services (Merit) which yielded presumptive positives for marijuana.

The samples from April 21, and 26, 2016, were sent to Cordant Health Solutions and Alere Toxicology for testing. Both samples were confirmed positive for marijuana.

The sample from May 10, 2016, was submitted to Alere Toxicology and is currently pending confirmation.

Prob12C
**Re: Ike, Howard**
**May 6, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/12/16
Date