PROB 12C
(7/93)

Report Date: May 20, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike                                Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:                        White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) and 2244(c) |
| Original Sentence: | Prison 60 months; TSR - 120 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 22, 2014

Date Supervision Expires: May 21, 2024

---

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 05/11/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On May 18, 2016, Mr. Ike provided a urinalysis sample at Merit Resources Services (Merit) which yielded presumptive positive for marijuana. |
| | The sample from May 18, 2016, was sent to Alere Toxicology and is currently pending confirmation. |

Prob12C
Re: Ike, Howard
May 20, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 20, 2016

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/23/16
Date