PROB 12C
(6/16)

Report Date: September 30, 2016

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 3 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Howard Ike | Case Number: 0980 2:09CR02108-LRS-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a)(2) and 2244(c) |
| Original Sentence: | Prison - 60 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: May 22, 2014 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: May 21, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/11/2016 and 05/20/2016.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 6, August 24, and September 16, 2016, Mr. Ike provided urinalysis samples which yielded presumptive positive for marijuana.

Each sample was sent to either Alere Toxicology (Alere) or Cordant Health Solutions (Cordant) for lab confirmation and to determine the level of tetrahydrocannabinol (THC) in Mr. Ike's sample. Alere has a cutoff level of 15ng/ml and Cordant has a cutoff level of 6ng/ml; any sample which is above these cutoffs will result in a positive confirmation.

The sample from June 6, and September 16, 2016, were sent to Alere and returned a level of 2771ng/ml and >2000ng/ml respectively. The sample from August 24, 2016, was sent to Cordant and returned a level of 293ng/ml.

Prob12C
Re: Ike, Howard
September 30, 2016
Page 2

Mr. Ike provided urinalysis samples on August 8, and 12, 2016, which were sent to Alere; however, those levels returned as 114ng/ml and 58ng/ml respectfuly, suggesting the levels may be residual from the offender's previous use.

The lab results presented above suggest that Mr. Ike used marijuana on three separate occasions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom

September 30, 2016

Jonathan G. Barcom
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/3/16
Date