PROB 12C
(6/16)

Report Date: July 10, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike                Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:                        White Swan, Washington 98952
Mailing Address of Offender:                Toppenish 98948

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense:       Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) and 2244(c)

Original Sentence:      Prison - 60 months; TSR - 120 months        Type of Supervision: Supervised Release

Revocation
Sentence
03/10/2016:             Prison - 10 days; TSR - Expires on 5/21/2024

11/15/2016:             Prison - 45 days; TSR - Expires on 5/21/2024

Asst. U.S. Attorney:    Thomas J. Hanlon             Date Supervision Commenced: November 18, 2016

Defense Attorney:       Alex B. Hernandez, III       Date Supervision Expires: May 21, 2024

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 14:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 2 and 30, 2017, Mr. Ike consumed marijuana.

Mr. Ike's conditions were reviewed with him on November 22, 2016. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 14, as noted above.

Prob12C
Re: Ike, Howard
July 10, 2017
Page 2

On June 8, 2017, this officer made contact with Mr. Ike at his residence. During the visit Mr. Ike admitted to consuming marijuana on or about June 2, 2017. A urinalysis (UA) sample was collected which onsite tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. Mr. Ike signed a drug use admission form.

On June 15, 2017, Alere reported the UA sample, which was collected on June 8, 2017, was positive for THC.

On July 3, 2017, Mr. Ike reported to the probation office. He stated he consumed marijuana on Friday, June 30, 2017. A UA sample was collected which on site tested positive for THC. Mr. Ike signed a drug use admission form.

2   **Special Condition # 14:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 6, 2017, Mr. Ike consumed a prescription pain medication without a valid prescription.

Mr. Ike's conditions were reviewed with him on November 22, 2016. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 14, as noted above.

On June 8, 2017, this officer made contact with Mr. Ike at his residence. During the visit Mr. Ike admitted to consuming a prescription pain medication on or about June 6, 2017. A urinalysis (UA) sample was collected which onsite tested presumptive positive for opiates. The sample was sent to Alere Toxicology (Alere) for confirmation. Mr. Ike signed a drug use admission form.

On June 16, 2017, Alere reported the UA sample which was collected on June 8, 2017, was positive for codeine and morphine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
**Re: Ike, Howard**
**July 10, 2017**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/11/17
Date