# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 13 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike    Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:
Washington 98952

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a) and 2244 | |
| Original Sentence: | Prison - 60 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence 03/10/2016: | Prison - 10 days; TSR - Expires on 05/21/2024 | |
| Revocation Sentence 11/15/2016: | Prison - 45 days; TSR - Expires on 05/21/2024 | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 18, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/10/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about August 28, 2017, Mr. Ike consumed marijuana.<br><br>Mr. Ike's conditions were reviewed with him on November 22, 2016. He signed his conditions acknowledging an understanding of his conditions which includes special |

condition number 14, as noted above.

On September 6, 2017, Mr. Ike reported to the probation office. During the visit Mr. Ike admitted to consuming marijuana on or about August 28, 2017. Mr. Ike signed a drug use admission form acknowledging the aforementioned. A urinalysis (UA) sample was collected which onsite tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation.

On September 10, 2017, Alere reported the UA sample, which was collected on September 6, 2017, was confirmed positive for THC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/12/2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/13/17
Date