Report Date: March 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 19 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike    Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a) and 2244 |
| Original Sentence: | Prison - 60 months; TSR - 120 months    Type of Supervision: Supervised Release |
| Revocation Sentence 03/10/2016: | Prison - 10 days; TSR - Expires on 05/21/2024 |
| Revocation Sentence 11/15/2016: | Prison - 45 days; TSR - Expires on 05/21/2024 |
| Asst. U.S. Attorney: | Thomas J. Hanlon    Date Supervision Commenced: November 18, 2016 |
| Defense Attorney: | Alex B. Hernandez, III    Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/10/2017 and 09/12/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about January 24, 2018, and March 7, 2018, Mr. Ike consumed marijuana. |

Mr. Ike's conditions were reviewed with him on November 22, 2016. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 14, as noted above.

On January 24, 2018, Mr. Ike reported to the probation office. A urinalysis (UA) sample was collected which onsite tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike denied new use of marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. During this visit, Mr. Ike realized he may have consumed a bake good with THC in it over the weekend. He stated a family member had provided him with a homemade baked good, and perhaps it contained THC. The undersigned instructed Mr. Ike to call the family member and ask if the baked good contained THC. On January 24, 2018, Mr. Ike called the undersigned and stated he spoke with the family member who confirmed the baked good contained THC.

On January 28, 2018, Alere reported the UA sample which was collected on January 24, 2018, was confirmed positive for THC.

On March 15, 2018, the undersigned made contact with Mr. Ike at his residence. Mr. Ike admitted to consuming marijuana on or about March 7, 2018. Mr. Ike signed a drug use admission form acknowledging the aforementioned. A UA sample was collected which onsite tested presumptive positive for THC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/10/2017 and 09/12/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 16, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
Re: Ike, Howard
March 16, 2018
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/19/18
Date