PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 13, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Howard Ike | Case Number: 0980 2:09CR02108-LRS-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense: Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and 2244(c)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Revocation Sentences:<br>03/10/2016: | Prison - 10 days; TSR -<br>Expires on 05/21/2024 | | |
| 11/15/2016: | Prison - 45 days; TSR -<br>Expires on 05/21/2024 | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 18, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/10/2017, 09/12/2017 and 03/16/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #14**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about May 1, 14, and 31, 2018, Mr. Ike consumed marijuana.<br><br>Mr. Ike's conditions were reviewed with him on November 22, 2016. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 14, as noted above. |

On May 1, 2018, Mr. Ike provided a urinalysis (UA) sample, which on site tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike denied new use of marijuana, stating his last use was on March 7, 2018. The sample was sent to Alere Toxicology (Alere) for confirmation. On May 6, 2018, Alere reported the sample was confirmed positive, as well as being dilute.

On May 14, 2018, Mr. Ike provided a UA sample, which on site tested presumptive positive for THC. Mr. Ike denied new use of marijuana. The sample was sent to Alere for confirmation. On May 17, 2018, Alere reported the sample was confirmed positive for THC.

On May 31, 2018, Mr. Ike provided a UA sample, which on site tested presumptive positive for THC. Mr. Ike denied new use of marijuana. The sample was sent to Alere for confirmation. On June 4, 2018, Alere reported the sample was confirmed positive for THC as well as being dilute.

On June 4, 2018, the undersigned requested the THC level for each of the above UA samples from Alere. On June 11, 2018, Alere reported, after normalizing the samples, the sample collected on May 1, 2018, contained 2504 ng THCA/mg Creatinine; the sample collected on May 14, 2018, contained 5147 ng THCA/mg Creatinine; the sample collected on May 31, 2018, contained 2358 ng THCA/mg Creatinine. The undersigned also requested an interpretation of the results from Alere. The director of toxicology from Alere stated, in the June 11, 2018, report, due to the normalized level of drug present in the UA samples collected, it appears Mr. Ike reused marijuana prior to each of the UA samples.

The U.S. Probation Office respectfully recommends the Court **issue a warrant and** incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/10/2017, 09/12/2017 and 03/16/2018.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | June 13, 2018 |
|---|---|
| | s/Jonathan Barcom |
| | Jonathan Barcom
U.S. Probation Officer |

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Sistrian_
Signature of Judicial Officer

06/14/2018
Date