PROB 12C
(6/16)

Report Date: February 6, 2019

# United States District Court

## for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Howard Ike                                  Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:                      Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and 2244(c) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentences<br>03/10/2016 | Prison - 10 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence:<br>11/15/2016 | Prison - 45 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence<br>07/24/2018 | Prison - 4 months<br>TSR - Expires on 05/21/2024 | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 16, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

    1           **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                **Supporting Evidence**: Mr. Ike used marijuana on or about December 4, 2018.

Prob12C
**Re: Ike, Howard**
**February 6, 2019**
**Page 2**

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

On December 4, 2018, Mr. Ike submitted a urinalysis that tested presumptive positive for marijuana. Thereafter, Mr. Ike admitted to the undersigned, and via a signed document, that he last used marijuana on or about December 1, 2018.

2      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ike used marijuana on or about December 31, 2018.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

On December 31, 2018, Mr. Ike submitted a urinalysis that tested presumptive positive for marijuana. Thereafter, Mr. Ike admitted to the undersigned, and via a signed document, that he last used marijuana on or about December 24, 2018.

3      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ike used marijuana on or about January 30, 2019.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

On January 30, 2019, Mr. Ike submitted a urinalysis that tested presumptive positive for marijuana. Mr. Ike initially denied any new marijuana use, but stated he may have eaten a product that contained tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. On February 5, 2019, Alere reported the sample was confirmed positive. On February 6, 2019, Mr. Ike contacted the undersigned and confirmed that he did eat a marijuana product on January 26, 2019.

Prob12C
**Re: Ike, Howard**
**February 6, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/06/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 6, 2019
Date