PROB 12C
(6/16)

Report Date: March 8, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike      Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and 2244(c) |
| Original Sentence: | Prison - 60 months     Type of Supervision: Supervised Release<br>TSR - 120 months |
| Revocation Sentence:<br>03/10/2016 | Prison - 10 days<br>TSR - Expires on 05/21/2024 |
| Revocation Sentence:<br>11/15/2016 | Prison - 45 days<br>TSR - Expires on 05/21/2024 |
| Revocation Sentence:<br>07/24/2018 | Prison - 4 months<br>TSR - Expires on 05/21/2024 |
| Asst. U.S. Attorney: | Alison L. Gregoire     Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | Molly Marie Winston     Date Supervision Expires: May 21, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about February 28, 2019, Mr. Ike consumed marijuana. Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above. |

On February 28, 2019, Mr. Ike provided a urine sample, which on site tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike denied new use of marijuana, stating his last use was on January 26, 2019. The sample was sent to Alere Toxicology (Alere) for confirmation. On March 7, 2019, Alere reported the sample was confirmed positive, as well as being dilute.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/08/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

3/11/19
Date