PROB 12C
(6/16)

# United States District Court

Report Date: April 23, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2019

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike                                Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense:       Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a) and 2244(c)

Original Sentence:      Prison - 60 months                  Type of Supervision: Supervised Release
                        TSR - 120 months

Revocation
Sentence:               Prison - 10 days
(03/10/2016)            TSR - Expires on 05/21/2024

Revocation
Sentence:               Prison - 45 days
(11/15/2016)            TSR - Expires on 05/21/2024

Revocation
Sentence:               Prison - 4 months
(07/24/2018)            TSR - Expires on 05/21/2024

Asst. U.S. Attorney:    Thomas J. Hanlon                    Date Supervision Commenced: October 17, 2018

Defense Attorney:       J. Houston Goddard                  Date Supervision Expires: May 16, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, and 03/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Ike, Howard
April 23, 2019
Page 2

**Supporting Evidence:** On or about April 1, 2019, Mr. Ike consumed marijuana. Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which included special condition number 4, as noted above.

On April 1, 2019, Mr. Ike provided a urine sample, which on site tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. On April 7, 2019, Alere reported the sample was confirmed positive. It should be noted, Mr. Ike informed the undersigned, and via a signed document, that his last use of marijuana was on February 17, 2019, though on February 28, 2019, Mr. Ike informed the undersigned his last use of marijuana was on January 26, 2019.

6          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On or about April 12, 2019, Mr. Ike consumed marijuana. Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

On April 12, 2019, Mr. Ike provided a urine sample, which on site tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. On April 22, 2019, Alere reported the sample was confirmed positive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/23/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Ike, Howard**
**April 23, 2019**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

04/24/2019
Date