PROB 12C
(6/16)

Report Date: May 2, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 3 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Howard Ike                     Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and (c) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>03/10/2016 | Prison - 10 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence:<br>11/15/2016 | Prison - 45 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence:<br>07/24/2018 | Prison - 4 months<br>TSR - Expires on 05/21/2024 | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: May 16, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, 03/11/2019 and 04/23/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

7       **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 24, 2019, Mr. Ike consumed marijuana. Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

Prob12C
**Re: Ike, Howard**
May 2, 2019
Page 2

On April 24, 2019, Mr. Ike provided a urine sample which tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. On May 2, 2019, Alere reported the sample was confirmed positive, as well as being dilute. Mr. Ike informed the undersigned, and signed an admission statement, stating his last use of marijuana was on March 17, 2019. It should be noted, on April 1, 2019, Mr. Ike informed the undersigned his last use of marijuana was on February 17, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/02/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/3/19
Date