PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 9, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Howard Ike | Case Number: 0980 2:09CR02108-LRS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and (c) |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months          Type of Supervision: Supervised Release |
| Revocation Sentence:<br>03/10/2016 | Prison - 10 days<br>TSR - Expires 05/21/2024 |
| Revocation Sentence:<br>11/15/2016 | Prison - 45 days<br>TSR - Expires 05/21/2024 |
| Revocation Sentence:<br>07/24/2018 | Prison - 4 months<br>TSR - Expires 05/21/2024 |
| Asst. U.S. Attorney: | Alison L. Gregoire          Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | J. Houston Goddard          Date Supervision Expires: May 16, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, 03/11/2019, 04/23/2019, and 05/02/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about May 8, 2019, Mr. Ike consumed marijuana. Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above. |

Prob12C
**Re: Ike, Howard**
**May 9, 2019**
**Page 2**

On May 8, 2019, Mr. Ike provided a urine sample which tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike admitted to the undersigned, and via a signed document, that he last used marijuana on May 2, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/09/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/09/2019
Date