# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 28, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Howard Ike | Case Number: 0980 2:09CR02108-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Wellpinit, Washington 99040 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense:　　　Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and (c)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>03/10/2016 | Prison - 10 days<br>TSR - Expires on 05/21/2024 | | |
| Revocation Sentence:<br>11/15/2016 | Prison - 45 days<br>TSR - Expires on 05/21/2024 | | |
| Revocation Sentence:<br>07/24/2018 | Prison - 4 months<br>TSR - Expires on 05/21/2024 | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | October 17, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | May 16, 2024 |

---

### PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, 03/11/2019, 04/23/2019, 05/02/2019 and 05/09/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On May 23, 2019, the undersigned and another U.S. probation officer reported to Mr. Ike's residence for an unannounced home contact. After knocking on |

the front door of the residence for approximately 2 to 3 minutes, Mr. Ike answered the door and the strong smell of burnt marijuana was emitting from inside the residence. Mr. Ike explained that approximately 5 minutes before our arrival, acquaintances smoked marijuana inside the house, while Mr. Ike did not partake and stayed in his room. Thereafter, Mr. Ike was directed to report to the U.S. Probation Office on May 30, 2019.

On May 30, 2019, Mr. Ike provided a urine sample which tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike reported he had not used marijuana since on or about May 3, 2019. The sample was sent to Alere Toxicology (Alere) for confirmation. On June 6, 2019, Alere reported the sample was confirmed positive, as well as being dilute, a direct violation of special condition number 4.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

10  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 5, 2019, Mr. Ike provided a urine sample which tested presumptive positive for THC, the active chemical in marijuana. Mr. Ike reported he had not used marijuana since on or about May 3, 2019. The sample was sent to Alere for confirmation. On June 10, 2019, Alere reported the sample was confirmed positive, as well as being dilute, a direct violation of special condition number 4.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

11  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 17, 2019, Mr. Ike provided a urine sample which tested presumptive positive for THC, the active chemical in marijuana. Mr. Ike reported he had not used marijuana since on or about May 3, 2019. The sample was sent to Alere for confirmation. On June 21, 2019, Alere reported the sample was confirmed positive, as well as being dilute, a direct violation of special condition number 4.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/28/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

07/01/2019
Date