PROB 12C
(6/16)

Report Date: July 11, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike  Case Number: 0980 2:09CR02108-LRS-1

Address of Offender: █████████████, Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and (c) |
| Original Sentence: | Prison - 60 months  TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: 03/10/2016 | Prison - 10 days  TSR - Expires on 05/21/2024 |
| Revocation Sentence: 11/15/2016 | Prison - 45 days  TSR - Expires on 05/21/2024 |
| Revocation Sentence: 07/24/2018 | Prison - 4 months  TSR - Expires on 05/21/2024 |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | J. Houston Goddard |
| | Date Supervision Expires: May 16, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, 03/11/2019, 04/23/2019, 05/02/2019, 05/09/2019, and 07/01/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** On July 2, 2019, Mr. Ike provided a urine sample which tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike reported he had not used marijuana since on or about May 3, 2019. The sample was sent |

to Alere Toxicology (Alere) for confirmation. On July 9, 2019, Alere reported the sample was confirmed positive, as well as being dilute, a direct violation of special condition number 4. On July 10, 2019, Mr. Ike informed the undersigned he had smoked marijuana on multiple occasions since May 3, 2019.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

13     **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On July 10, 2019, Mr. Ike informed the undersigned officer that he was dishonest on multiple occasions within the past month in response to direct questions about his last use of marijuana, a direct violation of standard condition number 4.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/11/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

07/11/2019
_____
Date