PROB 12C
(6/16)

Report Date: October 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike                Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a) and 2244(c) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 03/10/2016 | Prison - 10 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence: 11/15/2016 | Prison - 45 days<br>TSR - Expires on 05/21/2024 | |
| Revocation Sentence: 07/24/2018 | Prison - 4 months<br>TSR - Expires on 05/21/2024 | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 17, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: May 16, 2024 |

### PETITIONING THE COURT

To issue a **SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/07/2019, 03/11/2019, 04/23/2019, 05/02/2019 05/09/2019, 07/01/2019, and 07/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Ike, Howard
October 18, 2019
Page 2

**Supporting Evidence:** On October 15, 2019, Mr. Ike submitted a urinalysis that tested presumptive positive for marijuana. Thereafter, Mr. Ike admitted to the undersigned and via a signed document that he consumed an edible marijuana product on October 13, 2019, which is a direct violation of special condition number 4.

Mr. Ike's conditions were reviewed with him on October 23, 2018. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/18/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/21/2019
Date