PROB 12C
(6/16)

Report Date: January 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Howard Ike    Case Number: 0980 2:09CR02108-LRS-1

Address of Offender:    Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 16, 2010

Original Offense:    Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a), (c)

Original Sentence:    Prison - 60 months    Type of Supervision: Supervised Release
                      TSR - 120 months

Revocation Sentence:    Prison - 10 days
(03/10/2016)            TSR - Expires on 05/21/2024

Revocation Sentence:    Prison - 45 days
(11/15/2016)            TSR - Expires on 05/21/2024

Revocation Sentence:    Prison - 4 months
(07/24/2018)            TSR - Expires on 05/21/2024

Revocation Sentence:    Prison - 60 days
(10/30/2019)            TSR - Expires on 05/21/2024

Asst. U.S. Attorney:    Alison L. Gregoire    Date Supervision Commenced: December 27, 2019

Defense Attorney:    J. Houston Goddard    Date Supervision Expires: May 21, 2024

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Ike, Howard
January 26, 2022
Page 2

**Supporting Evidence**: It is alleged that Mr. Ike violated the above-stated condition of supervision by using a controlled substance, specifically marijuana, on or about November 2, 2021.

Mr. Ike's conditions were reviewed with him on December 30, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

On November 2, 2021, the undersigned made contact with Mr. Ike at his residence. It was at that time Mr. Ike provided a urinalysis that tested presumptive positive for tetrahydrocannabinol (THC), the active chemical in marijuana. Mr. Ike admitted to the undersigned, and via a signed statement, that he last used marijuana on or about October 15, 2021.

2  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Ike violated the above-stated condition of supervision by using a controlled substance, specifically marijuana, on or about December 10, 2021.

Mr. Ike's conditions were reviewed with him on December 30, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

On December 10, 2021, Mr. Ike reported to the U.S. Probation Office. It was at that time Mr. Ike provided a urinalysis that tested presumptive positive for THC, the active chemical in marijuana. Mr. Ike denied using marijuana since the date he provided the undersigned on November 2, 2021. The urinalysis specimen was sent to Alere Toxicology (Alere) for confirmation. On December 17, 2021, Alere reported the sample was confirmed positive for THC.

3  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Ike violated the above-stated condition of supervision by using a controlled substance, specifically marijuana, on or about January 11, 2022.

Mr. Ike's conditions were reviewed with him on December 30, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

Prob12C
Re: Ike, Howard
January 26, 2022
Page 3

On January 11, 2022, the undersigned made contact with Mr. Ike at his residence. It was at that time Mr. Ike provided a urinalysis that tested presumptive positive for THC, the active chemical in marijuana. The urinalysis specimen was sent to Alere Toxicology for confirmation. The results of this urinalysis specimen have not been returned as of this writing.

4     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Ike violated the above-stated condition of supervision by using a controlled substance, specifically marijuana, on or about January 25, 2022.

Mr. Ike's conditions were reviewed with him on December 30, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

On January 25, 2022, Mr. Ike reported to the U.S. Probation Office. It was at that time Mr. Ike provided a urinalysis that tested presumptive positive for THC, the active chemical in marijuana. Mr. Ike admitted to the undersigned, and via a signed statement, that he last used marijuana on or about December 25, 2021.

5     **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: It is alleged that Mr. Ike violated the above-stated condition of supervision by being dishonest with his U.S. probation officer on or about January 11, 2022.

Mr. Ike's conditions were reviewed with him on December 30, 2019. He signed his judgment acknowledging an understanding of his conditions, which includes standard condition number 4, as noted above.

On January 11, 2022, the undersigned made contact with Mr. Ike at his residence. After Mr. Ike provided a urinalysis that was presumptive positive for marijuana, the undersigned inquired if had relapsed since the date he provided on November 2, 2021. Mr. Ike stated he had not relapsed since that date, and that he was remaining abstinent from all illicit substances, including alcohol. On January 25, 2022, Mr. Ike reported to the U.S. Probation Office, and prior to Mr. Ike submitting to a urinalysis he was confronted on his marijuana use. Mr. Ike stated he has had a "few bumps in the road," in which he explained that he had, in fact, smoked marijuana on multiple occasions after the date he originally provided the undersigned on November 2, 2021. Mr. Ike apologized for his initial dishonesty and stated the reason he did not divulge this information on January 11, 2022, was that there were other people present.

Prob12C
**Re: Ike, Howard**
**January 26, 2022**
Page 4

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/26/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

January 26, 2022
Date